AO 245D (CASD)  (Rev. 4/14)  Judgment in a Criminal Case for Revocations
Sheet 1

FILED



## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

JUN 13 AM 9:21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: K.CM  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br>DANIEL ZAMORA-SOLIS (01) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987) |

Case Number: 14CR7006-AJB

Samuel L. Eilers FD
_____
Defendant's Attorney

**REGISTRATION No.** 62987208

☐

THE DEFENDANT:

[x] admitted guilt to violation of allegation(s) No. One _____

☐ was found in violation of allegation(s) No._____ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 1 | Committed a federal, state or local offense (nv1) |

___Supervised Release___ is revoked and the defendant is sentenced as provided in pages 2 through ___2___ of this judgment.
This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

May 23, 2014
_____
Date of Imposition of Sentence

_____
-HON. ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE

14CR7006-AJB

AO 245D (CASD) (Rev. 4/14)  Judgment in a Criminal Case for Revocations
    Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___2___

DEFENDANT: DANIEL ZAMORA-SOLIS (01)
CASE NUMBER: 14CR7006-AJB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
EIGHT (8) MONTHS, to run Concurrent with criminal case #13cr4291-AJB.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.  on _____ .

    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

14CR7006-AJB